IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| DEWEY BROWN, | * |
| Plaintiff, | * |
| v. | Case No. 7:23-cv-84 (HL-TQL) |
| | * |
| THE STATE OF GEORGIA UNION, | |
| | * |
| Defendant. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated November 28, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 28th day of November, 2023.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk